**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BENNIE BENTON, III, | ) | NO. CV 20-6159-VBF(E) |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER ACCEPTING FINDINGS, |
| COUNTY OF LOS ANGELES, et al., | ) ) | CONCLUSIONS AND RECOMMENDATIONS |
| Defendants. | ) ) | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) Defendant County's Motion to Dismiss is granted; (2) Defendant County's Motion to Strike is denied as moot; and (3) Judgment shall be entered dismissing the action with

prejudice.

    IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order and the Judgment of this date on Plaintiff and counsel for Defendants.

DATED: August 20, 2021               /s/ Valerie Baker Fairbank

                                    VALERIE B. FAIRBANK
                             UNITED STATES DISTRICT JUDGE