JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
BENNIE BENTON, III,              ) NO. LA CV 20-06159-VBF(E)
                                 )
          Plaintiff,             )
                                 )
     v.                          )           JUDGMENT
                                 )
COUNTY OF LOS ANGELES, et al.,   )
                                 )
          Defendants.            )
                                 )
```

    IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: August 20, 2021        /s/ Valerie Baker Fairbank

                                     VALERIE BAKER FAIRBANK
                                     UNITED STATES DISTRICT JUDGE